IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER ALLEN, | |
| Plaintiff, | Civil Action No. 06-5229 (JBS) |
| v. | |
| NEW JERSEY DEPARTMENT OF HUMAN SERVICES, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Defendants' motion to dismiss [Docket Item 13] and Plaintiff's motion to amend the Complaint [Docket Item 14]; and the Court having reviewed the submissions of the parties in support thereof and in opposition thereto; and for the reasons stated in the Opinion of today's date; and for good cause shown;

**IT IS** this   **8th**   day of **August 2007**, hereby

**ORDERED** that Defendants' motion to dismiss Plaintiff's claims shall be, and hereby is **GRANTED**; and,

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave of court to file his Amended Complaint under Fed. R. Civ. P. 15(a) shall be, and hereby is **DENIED**.

 **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge